1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11   ZAHRA M. SALAMI,              )    Case No. EDCV 08-1384-VAP
                                   )    (RCx)
12            Plaintiff,           )
                                   )    **JUDGMENT**
13       v.                        )
                                   )
14   TRUSTEE CORPS, CHASE          )
     HOME FINANCE, LLC., and       )
15   DOES 1-50, inclusive,         )
                                   )
16            Defendants.          )
     _____ )
17

18   **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

19       Pursuant to the Order filed herewith, IT IS ORDERED

20   AND ADJUDGED that Plaintiff's Complaint is DISMISSED

21   WITHOUT PREJUDICE.  The Court orders that such judgment

22   be entered.

23

24

25   Dated:  November 20, 2008   _____
                                       VIRGINIA A. PHILLIPS
26                               United States District Judge

27

28